UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:11-cr-00226-JCM-CWH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO REINSTATE CASE NUMBER** |
| JUAN GALLEGOS-GARCIA , | |
| Defendant. | |

THE COURT finds that the defendant's two separate cases, a violation of Title 18, United States Code, Section 1326, and a Revocation of Supervised Release which originated out of the United States District Court, District of Utah, but subsequently transferred to this district, were inadvertently consolidated under one case number. Although the two separate cases are properly joined before this court for purposes of pleas and sentencing, they require separate case numbers for procedural correctness.

IT IS HEREBY ORDERED that the case number previously assigned to the defendant's Revocation of Supervised Release proceeding, which was transferred to this court by the Honorable Gloria M. Navarro, be reinstated and designated as 2:11-CR-284-JCM-CWH. These two cases will remain joined for purposes of pleas and sentencing before this court and will continue under both case numbers.

DATED 16 day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE